UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIRMATION OF SERVICE

Index No. **1:24-cv-07658-MKV**
Date Filed: **10/10/2024**

| | |
|---|---|
| Plaintiff(s): | **Primitivo Robles, on behalf of himself and all others similarly situated** |
| Defendant(s): | **Capri Holdings 2 LLC d/b/a Budr Cannabis** |

**Bernard E. Hughes**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **10/30/2024** at **2:27 PM**, I served the Summons in a Civil Action; Class Action Complaint & Demand for Jury Trial on

**Capri Holdings 2 LLC d/b/a Budr Cannabis** at **c/o The Limited Liability Company, 7 Forest Ridge Road, Nyack, NY 10960** in the manner indicated below:

**CORPORATE SERVICE**: By delivering a true copy of said documents to **Carl Tirella, Founder,** Authorized Agent. The undersigned asked the recipient if he/she is authorized to accept service on behalf of Capri Holdings 2 LLC d/b/a Budr Cannabis and received an affirmative reply. An approximate description of Carl Tirella, Founder is as follows:

Sex: **Male**   Color of skin/race: **White**   Color of hair: **Bald**   Age: **36-50**   Height: **5ft 4in - 5ft 8in**   Weight: **131-160 lbs.**

I affirm on  **November 1, 2024** , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
Bernard E. Hughes

Joseph & Norinsberg, LLC - **Meridian Investigations and Security LLC**




*234223*