AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Primitivo Robles | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-CV-07658-MKV |
| Capri Holdings 2 LLC | ) | |
| *Defendant* | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Capri Holdings 2 LLC                                                                    .

Date: January 8, 2025                          /s/Steven J. Stafstrom, Jr.                         
                                                                *Attorney's signature*

                                               Steven J. Stafstrom, Jr./5969894                    
                                                              *Printed name and bar number*

                                               Pullman & Comley, LLC
                                               850 Main Street, P.O. Box 7006
                                               Bridgeport, CT  06601-7006                         
                                                                      *Address*

                                               *sstafstrom@pullcom.com*                           
                                                                  *E-mail address*

                                               203-330-2266                                       
                                                                 *Telephone number*

                                               203-576-8888                                       
                                                                    *FAX number*