

**Joseph & Norinsberg LLC**

Fighting for Employee Justice

| **Queens Office** | **Manhattan Office** | **Newark Office** |
|---|---|---|
| 69-06 Grand Avenue, 3rd Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | New York, New York 10022 | Newark, New Jersey 07102 |

| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
|---|---|---|
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

Arjeta Albani, Esq.
arjeta@norinsberglaw.com

February 4, 2025

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

> Re: **Primitivo Robles v. Capri Holdings 2 LLC d/b/a Budr Cannabis**
> **Case No. 1:24-cv-07658 – MKV**
> **Plaintiff's Status Letter**

Dear Judge Vyskocil:

      We represent Plaintiff Primitivo Robles in the above-referenced matter. We write in response to the Court's Order dated January 29, 2025, requiring Plaintiff to file a letter informing this Court and Defendant whether Plaintiff intends to file an amended complaint. (Doc. 9)

      In review of the Defendant's Pre-motion letter regarding its contemplated motion to dismiss and a request to stay discovery, filed on January 8, 2025 (ECF No. 8), Plaintiff asserts that we do intend to file an amended complaint – on or prior to February 19, 2025, as Your Honor Ordered. (ECF No. 9).

      We thank you in advance for the opportunity to clarify the existing record and Plaintiff's encounters when attempting to access Defendant's website, www.budrcannabis.com to no avail.

Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

Arjeta Albani, Esq.
*Attorneys For Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
(212) 227-5700
Fax No. (212) 656-1889
Arjeta@employeejustice.com

c.c.
Capri Holdings 2 LLC d/b/a Budr Cannabis
c/o The Limited Liability Company
7 Forest Ridge Road
Nyack, NY 10960