# EXHIBIT A

Scan results for **budrcannabis.com/shop-yonkers**

# Accessible

Congratulations! Our scan indicates that your webpage is accessible. We're thrilled you chose to be inclusive and comply with legislation.

Wed Mar 5, 2025

Thank you for making your website accessible and inclusive for all users with disabilities

Congratulations!

By making your website accessible, you embrace inclusivity and open your business to over 16% of the population.

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 1 | Elements that act as buttons but use non-button tags (e.g., span, div, a) should include a role="button" attribute. | Yes | 3 | 3 | 50 |

**Code snapshots of successful elements**

1
```
<button class="justify-center text-white uppercase min-w-[120px] px-[21px] py-[16px] inline-flex rounded-41 bg-primary hover:bg-oxidized" x-on:click="localStorage.setItem('ageVerified', 'true');await $nextTick();ageCheckOpen=false;await $nextTick();...
```

2
```
<button class="inline-flex justify-center text-white uppercase min-w-[120px] px-[21px] py-[16px] rounded-41 bg-primary hover:bg-oxidized" x-on:click="window.location.href='https://portal.ct.gov/cannabis'" >No</button>
```

3
```
<input type="submit" id="gform_submit_button_1" class="gform_button button" onclick="gform.submission.handleButtonClick(this);" value="Subscribe" >
```

**Code snapshots of failed elements**

1
```
<a href="javascript:void(0)" @click="open = !open" @mouseover="open = !open" class="text-lg flex items-center justify-between py-2 text-black lg:text-white font-medium font-lg no-underline hover:underline group-hover:underline lg:mx-6 lg:inline-flex ...
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 2 | Buttons should include text explaining their functionality, and if icons are used as buttons, a screen-reader only text or an "aria-label" attribute should be used for that description. | Yes | 6 | 0 | 100 |

**Code snapshots of successful elements**

1

```
<button class="justify-center text-white uppercase min-w-[120px] px-[21px] py-[16px] inline-flex rounded-41 bg-primary hover:bg-oxidized" x-on:click="localStorage.setItem('ageVerified', 'true');await $nextTick();ageCheckOpen=false;await $nextTick();...
```

2

```
<button class="inline-flex justify-center text-white uppercase min-w-[120px] px-[21px] py-[16px] rounded-41 bg-primary hover:bg-oxidized" x-on:click="window.location.href='https://portal.ct.gov/cannabis'" >No</button>
```

3

```
<a href="javascript:void(0)" @click="open = !open" @mouseover="open = !open" class="text-lg flex items-center justify-between py-2 text-black lg:text-white font-medium font-lg no-underline hover:underline group-hover:underline lg:mx-6 lg:inline-flex ...
```

4

```
<input type="submit" id="gform_submit_button_1" class="gform_button button" onclick="gform.submission.handleButtonClick(this);" value="Subscribe" >
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 3 | Links should include text that sets expectations about the page they lead to. If empty links are used as layout wrapping elements, provide a description using screen-reader only text or an "aria-label" attribute. | Yes | 29 | 3 | 91 |

**Code snapshots of successful elements**

1
```
<a class="underline dinosaur hover:no-underline" href="/accessibility-statement/" >accessibility statement</a>
```

2
```
<a href="/" class="block w-full py-5 lg:py-3" aria-label="Click here to return to the Budr Cannabis home page" alt="Budr Cannabis" > <img width="219" height="82" src="https://budrcannabis.com/wp-content/uploads/2023/03/Budr-Logo-Lockup_Copper...
```

3
```
<a href="https://budrcannabis.com/loyalty-program/" class="text-lg flex items-center justify-between py-2 text-black lg:text-white font-medium font-lg no-underline hover:underline group-hover:underline lg:mx-6 lg:inline-flex lg:py-2 2xl:mx-[18px]" > ...
```

4
```
<a href="https://budrcannabis.com/contact-us/" class="text-lg flex items-center justify-between py-2 text-black lg:text-white font-medium font-lg no-underline hover:underline group-hover:underline lg:mx-6 lg:inline-flex lg:py-2 2xl:mx-[18px]" > ...
```

5
```
<a class="w-full text-lg font-bold text-nowrap underline hover:no-underline md:pr-[55px] md:border-r md:border-black" href="https://www.linkedin.com/company/budr-cannabis" target="_blank" > <i class="fa fa-linkedin-square fa-lg pr-6" aria-hidden...
```

6
```
<a class="w-full text-lg font-bold text-nowrap underline hover:no-underline md:pl-[55px]" href="https://www.instagram.com/budrofficial/" target="_blank" > <i class="fa fa-instagram fa-lg pr-6" aria-hidden="true"></i>Follow Us On Instagram </...
```

7
```
<a href="/" class="inline-block max-w-[66px]" > <img width="554" height="751" src="https://budrcannabis.com/wp-content/uploads/2023/03/Budr-Logo-Icon_Copper.png" class="attachment-full size-full" alt="Budr Cannabis melting B logo" decoding="asyn...
```

8
```
<a class="text-sm text-white no-underline hover:text-copper hover:underline dinosaur" href="https://budrcannabis.com/location/west-hartford/" target="" >West Hartford</a>
```

9
```
<a class="text-sm text-white no-underline hover:text-copper hover:underline dinosaur" href="https://budrcannabis.com/location/danbury/" target="" >Danbury</a>
```

10
```
<a class="text-sm text-white no-underline hover:text-copper hover:underline dinosaur" href="https://budrcannabis.com/location/tolland/" target="" >Tolland</a>
```

### Code snapshots of failed elements

1
```
<a class="w-auto px-8 text-lg font-bold text-white underline border-r border-white hover:text-copper" href="https://budrcannabis.com?s=" title="Search" > <i class="fa fa-search" aria-hidden="true"></i> </a>
```

2
```
<a class="w-auto px-4 text-lg font-bold text-white hover:text-copper" href="https://www.instagram.com/budrofficial/" target="_blank" title="Follow Us On Instagram" > <i class="fa fa-instagram fa-lg" aria-hidden="true"></i> </a>
```

3
```
<a class="w-auto px-4 text-lg font-bold text-white hover:text-copper" href="https://www.linkedin.com/company/budr-cannabis" target="_blank" title="Check Us Out On LinkedIn" > <i class="fa fa-linkedin-square fa-lg" aria-hidden="true"></i> ...
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 4 | Links that open in a new tab or a new window should either have an "aria-label" attribute or a screen-reader only element explaining to screen-readers that this opens in a new tab. | Yes | 2 | 4 | 33 |

**Code snapshots of successful elements**

1
```
<a class="w-auto px-4 text-lg font-bold text-white hover:text-copper" href
="https://www.instagram.com/budrofficial/" target="_blank" title="Follow Us
On Instagram" > <i class="fa fa-instagram fa-lg" aria-hidden="true"></i> </a
>
```

2
```
<a class="w-auto px-4 text-lg font-bold text-white hover:text-copper" href
="https://www.linkedin.com/company/budr-cannabis" target="_blank" title="Che
ck Us Out On LinkedIn" > <i class="fa fa-linkedin-square fa-lg" aria-hidden
="true"></i> ...
```

**Code snapshots of failed elements**

1
```
<a class="w-full text-lg font-bold text-nowrap underline hover:no-underline
md:pr-[55px] md:border-r md:border-black" href="https://www.linkedin.com/com
pany/budr-cannabis" target="_blank" > <i class="fa fa-linkedin-square fa-lg
pr-6" aria-hidden...
```

2
```
<a class="w-full text-lg font-bold text-nowrap underline hover:no-underline
md:pl-[55px]" href="https://www.instagram.com/budrofficial/" target="_blank"
> <i class="fa fa-instagram fa-lg pr-6" aria-hidden="true"></i>Follow Us On
Instagram </...
```

3
```
<a class="text-white no-underline hover:text-copper hover:underline" href="h
ttps://www.indeed.com/cmp/Budr-Cannabis" target="_blank" >Careers</a>
```

4
```
<a class="px-3 text-white underline hover:text-copper hover:no-underline" hr
ef="https://rebelliongroup.com/" target="_blank" >Rebellion Group.</a>
```

| # | Element | Relevant | Successes | Failures | Score |
| --- | --- | --- | --- | --- | --- |
| 5 | An H1 heading provides information to screen-reader users about the main topic of the page. Each page should have exactly one H1 heading. | Yes | Pass | - | 100 |

**Code snapshots of successful elements**

```
1 <h1 class="text-white">Shop Yonkers</h1>
```

| # | Element | Relevant | Successes | Failures | Score |
| --- | --- | --- | --- | --- | --- |
| 6 | HTML heading elements (h1-h6) should contain text content. If they include images or links, those elements must provide alternative text or screen-reader-only text. | Yes | 8 | 0 | 100 |

| # | Element | Relevant | Successes | Failures | Score |
| --- | --- | --- | --- | --- | --- |
| 7 | Elements that visually function as headings but are not coded with a heading tag should include a role="heading" attribute or be updated to use the correct heading tag | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 8 | Heading levels should not be skipped and must follow a consistent hierarchy. For example, you should not use h2 and h4 headings without including an h3 in between. | Yes | Pass | - | 100 |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 9 | Interactive elements such as links, buttons and form fields should all be navigable using the keyboard by either using a focusable element (a, button, input, etc.) or including the "tabindex" attribute that equals to "0". | Yes | Pass | - | 100 |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 10 | Interactive elements that can be navigated using the keyboard should be surrounded by a visual outline whenever they are focused. | Yes | Pass | - | 100 |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 11 | Active popups should include aria-modal="true" and role="dialog" attributes to help screen-reader users navigate them effectively. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 12 | Each page should include hidden skip links that allow users (via keyboard or screen reader) to bypass certain blocks and navigate directly to main landmarks like the main content, menu, or footer. | Yes | Pass | - | 100 |

**Code snapshots of successful elements**

```
<a class="text-black skip-to-content-link bg-wheat" href="#main" tabindex
="0" > Skip to content </a>
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 13 | Elements hidden using CSS (e.g., opacity, height, text-indent, off-canvas) should include an "aria-hidden" attribute set to "true" when hidden and dynamically updated to "false" when they become visible. | Yes | Pass | - | 100 |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 14 | Elements hidden using CSS (e.g., opacity, height, text-indent, off-canvas) should have a tabindex attribute set to less than 0 and be dynamically updated to 0 when they become visible. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 15 | Menus should be built using the HTML5 "nav" element or include a "role" attribute set to "menu" or "navigation" to indicate a navigation landmark for screen readers. | Yes | Pass | - | 100 |

**Code snapshots of successful elements**

```
1  <nav :class="!navbarOpen &amp;&amp; 'hidden' " id="navbarCollapse" class="ab
   solute right-0 top-full w-full justify-center rounded-lg bg-white dark:bg-da
   rk-2 py-5 px-6 shadow lg:static lg:flex lg:w-full lg:max-w-full lg:justify-e
   nd lg:bg-transparent l...
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 16 | Menu items that have a dropdown should include an aria-haspopup="true" attribute. | Yes | 0 | 3 | 0 |

**Code snapshots of failed elements**

```
1  <a href="javascript:void(0)" @click="open = !open" @mouseover="open = !open"
   class="text-lg flex items-center justify-between py-2 text-black lg:text-whi
   te font-medium font-lg no-underline hover:underline group-hover:underline l
   g:mx-6 lg:inline-flex ...
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 17 | Menu items that have a dropdown should include an "aria-expanded" attribute set to "false" by default, which changes to "true" when the dropdown is opened, and back to "false" when closed. | Yes | 0 | 3 | 0 |

**Code snapshots of failed elements**

1

```
<a href="javascript:void(0)" @click="open = !open" @mouseover="open = !open"
class="text-lg flex items-center justify-between py-2 text-black lg:text-whi
te font-medium font-lg no-underline hover:underline group-hover:underline l
g:mx-6 lg:inline-flex ...
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 18 | Images should have an alternative text description that describes both the objects and the embedded text that the image contains, using the "alt" attribute. | Yes | 3 | 0 | 100 |

**Code snapshots of successful elements**

1
```
<img width="554" height="751" src="https://budrcannabis.com/wp-content/uploads/2023/03/Budr-Logo-Icon_Copper.png" class="attachment-full size-full" alt="Budr Cannabis melting B logo" decoding="async" fetchpriority="high" srcset="https://budrcannabis....
```

2
```
<img width="219" height="82" src="https://budrcannabis.com/wp-content/uploads/2023/03/Budr-Logo-Lockup_Copper-300x112.png" class="attachment-219x82 size-219x82" alt="Budr Cannabis logo" decoding="async" srcset="https://budrcannabis.com/wp-content/upl...
```

3
```
<img width="554" height="751" src="https://budrcannabis.com/wp-content/uploads/2023/03/Budr-Logo-Icon_Copper.png" class="attachment-full size-full" alt="Budr Cannabis melting B logo" decoding="async" loading="lazy" srcset="https://budrcannabis.com/wp...
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 19 | Background images that are not just for decoration purposes should have the same treatment as standard images. They should include a role="img" attribute and an alternative text description using an "aria-label" attribute. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 20 | Font icons, SVGs, or images used as spacers, decorations, or when their purpose is already described by other content, should include a role="presentation" or role="none" attribute. | Yes | 7 | 4 | 64 |

**Code snapshots of successful elements**

1
```
<a href="/" class="block w-full py-5 lg:py-3" aria-label="Click here to retu
rn to the Budr Cannabis home page" alt="Budr Cannabis" > <img width="219" he
ight="82" src="https://budrcannabis.com/wp-content/uploads/2023/03/Budr-Logo
-Lockup_Copper...
```

2
```
<a class="w-auto px-8 text-lg font-bold text-white underline border-r border
-white hover:text-copper" href="https://budrcannabis.com?s=" title="Search"
> <i class="fa fa-search" aria-hidden="true"></i> </a>
```

3
```
<a class="w-auto px-4 text-lg font-bold text-white hover:text-copper" href
="https://www.instagram.com/budrofficial/" target="_blank" title="Follow Us
On Instagram" > <i class="fa fa-instagram fa-lg" aria-hidden="true" ></i> </
a>
```

4
```
<a class="w-auto px-4 text-lg font-bold text-white hover:text-copper" href
="https://www.linkedin.com/company/budr-cannabis" target="_blank" title="Che
ck Us Out On LinkedIn" > <i class="fa fa-linkedin-square fa-lg" aria-hidden
="true" ></i> ...
```

5
```
<i class="fa fa-linkedin-square fa-lg pr-6" aria-hidden="true" ></i>
```

6
```
<i class="fa fa-instagram fa-lg pr-6" aria-hidden="true" ></i>
```

7
```
<a href="/" class="inline-block max-w-[66px]" > <img width="554" height="75
1" src="https://budrcannabis.com/wp-content/uploads/2023/03/Budr-Logo-Icon_C
opper.png" class="attachment-full size-full" alt="Budr Cannabis melting B lo
go" decoding="asyn...
```

**Code snapshots of failed elements**

```
<svg width="15" height="15" viewBox="0 0 15 15" fill="none" xmlns="http://www.w3.org/2000/svg" class="fill-current" > <path d="M7.39258 10.475C7.26133 10.475 7.15196 10.4313 7.04258 10.3438L2.01133 5.40001C1.81446 5.20314 1.81446 4.896...
```

```
<svg width="15" height="15" viewBox="0 0 15 15" fill="none" xmlns="http://www.w3.org/2000/svg" class="fill-current" > <path d="M7.39258 10.475C7.26133 10.475 7.15196 10.4313 7.04258 10.3438L2.01133 5.40001C1.81446 5.20314 1.81446 4.8...
```

```
<div id="shadow-host"></div>
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 21 | Figure elements used to display images should have a role="none" attribute, and the image itself should provide a description using the "alt" attribute. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 22 | Each "area" element within a map tag should have an "alt" attribute that provides an alternative text description, similar to standard images. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 23 | Small or hidden tracking pixel images (used for analytics or marketing) should include a role="none" or role="presentation" attribute to exclude them from screen-readers. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 24 | Form fields should include either an "aria-label" attribute or an associated "label" element to describe the field's purpose (e.g., email, phone, name). | Yes | 4 | 0 | 100 |

**Code snapshots of successful elements**

1
```
<input type="text" name="input_8.3" id="input_1_8_3" value="" aria-required
="true" placeholder="First name">
```

2
```
<input type="text" name="input_5.6" id="input_1_5_6" value="" aria-required
="true" placeholder="Last name">
```

3
```
<input name="input_6" id="input_1_6" type="email" value="" class="large" pla
ceholder="Email" aria-required="true" aria-invalid="false">
```

4
```
<select name="input_10" id="input_1_10" class="large gfield_select" aria-inv
alid="false"><option value="" selected="selected" class="gf_placeholder" >Ch
oose a location</option><option value="BUDR - West Hartford" >West Hartford,
CT</option><option va...
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 25 | Form elements must have unique IDs to ensure that their corresponding labels provide accurate information. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 26 | Required form fields should include aria-required="true" to inform screen-reader users of the field's validation. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 27 | aria-describedby and aria-labelledby attributes should reference the ID of an element that either has a text description or an "aria-label" attribute. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 28 | Search forms should include a role="search" attribute or be wrapped in an element with this role to indicate a search landmark for screen-readers. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 29 | All forms should include a submission button built as an input type="submit" or a "button" element, or have a role="button" attribute. The button can be hidden if the form supports submission via the Enter key. | Yes | Pass | - | 100 |

**Code snapshots of successful elements**

```
1 <form method="post" enctype="multipart/form-data" id="gform_1" action="/shop-yonkers/" data-formid="1" novalidate=""> <div class="gform-body gform_body"><div id="gform_fields_1" class="gform_fields top_label form_sublabel_belo...
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 30 | The validity status of each form element must be represented using the "aria-invalid" attribute with "true" or "false" values, and should update dynamically as the status changes. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 31 | The title tag in the head section should be present and describe the current webpage accurately. This title appears in the browser tab, search engine results, and helps screen-reader users understand the page's content. | Yes | Pass | - | 100 |

| # | Element | Relevant | Successes | Failures | Score |
| --- | --- | --- | --- | --- | --- |
| 32 | The HTML tag should include a "lang" attribute representing the main language of the webpage to help screen-readers provide accurate pronunciation. | Yes | Pass | - | 100 |

| # | Element | Relevant | Successes | Failures | Score |
| --- | --- | --- | --- | --- | --- |
| 33 | The viewport meta tag should enable vision-impaired users to pinch-zoom to at least twice the standard size by including user-scalable="yes" and maximum-scale=2 (or higher) in the content attribute. | Yes | Pass | - | 100 |

**Code snapshots of successful elements**

```
<meta name="viewport" content="width=device-width">
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 34 | Landmarks like main content and footer should use their corresponding HTML5 elements (<main>, <footer>) or include an "aria-label" and "role" attribute (e.g., role="main" or role="contentinfo"). Landmarks like search and navigation are covered elsewhere. | Yes | 2 | 0 | 100 |

**Code snapshots of successful elements**

1

```
<main id="main"> <div class="container-fluid"> <article id="post-4088" class
="post-4088 page type-page status-publish hentry"> <header class="relative w
-full h-full p-0"> <div class="absolute top-0 left-0 w-full h-full bg-center
bg-no-r...
```

2

```
<footer class="relative bg-primary"> <div class="w-full bg-copper"> <div cla
ss="flex flex-row justify-center p-3"> <div class="grid grid-cols-1 gap-4 m
d:grid-cols-2 md:gap-0"> <a class="w-full text-lg font-bold text-nowrap unde
rline hover:n...
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 35 | Font sizes should be at least 11px to ensure readability across most font families. This requirement should also be verified when using dynamic units like REM or percentages. | Yes | Pass | - | 100 |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 36 | Letter spacing should not be set below -1px to maintain readability across most font families. This should also be verified when using dynamic units like REM or percentages. | Yes | Pass | - | 100 |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 37 | Text elements should meet a minimum contrast ratio of 4.5:1 between the foreground (text color) and the background. | Yes | 42 | 7 | 86 |

**Code snapshots of successful elements**

1
```
<h2>Are You At Least 21 Years Old?</h2>
```

2
```
<button class="justify-center text-white uppercase min-w-[120px] px-[21px] py-[16px] inline-flex rounded-41 bg-primary hover:bg-oxidized" x-on:click="localStorage.setItem('ageVerified', 'true');await $nextTick();ageCheckOpen=false;await $nextTick();...
```

3
```
<button class="inline-flex justify-center text-white uppercase min-w-[120px] px-[21px] py-[16px] rounded-41 bg-primary hover:bg-oxidized" x-on:click="window.location.href='https://portal.ct.gov/cannabis'" data-acsb-textual-ops="address">No</button>
```

4
```
<div class="bg-[#ABD79B] font-bold text-primary px-[1rem] lg:px-[25%] py-[1rem] text-center"> Budr Cannabis is committed to ensuring digital accessibility for people with disabilities. We are continually improving the user experience for ever...
```

5
```
<a class="underline dinosaur hover:no-underline" href="/accessibility-statement/" >accessibility statement</a>
```

6
```
<a href="javascript:void(0)" @click="open = !open" @mouseover="open = !open" class="text-lg flex items-center justify-between py-2 text-black lg:text-white font-medium font-lg no-underline hover:underline group-hover:underline lg:mx-6 lg:inline-flex ...
```

7
```
<a href="https://budrcannabis.com/loyalty-program/" class="text-lg flex items-center justify-between py-2 text-black lg:text-white font-medium font-lg no-underline hover:underline group-hover:underline lg:mx-6 lg:inline-flex lg:py-2 2xl:mx-[18px]" > ...
```

8
```
<a href="https://budrcannabis.com/contact-us/" class="text-lg flex items-center justify-between py-2 text-black lg:text-white font-medium font-lg no-underline hover:underline group-hover:underline lg:mx-6 lg:inline-flex lg:py-2 2xl:mx-[18px]" > ...
```

9
```
<a class="w-full text-lg font-bold text-nowrap underline hover:no-underline md:pr-[55px] md:border-r md:border-black" href="https://www.linkedin.com/company/budr-cannabis" target="_blank" > <i class="fa fa-linkedin-square fa-lg pr-6" aria-hidden...
```

10
```
<a class="w-full text-lg font-bold text-nowrap underline hover:no-underline md:pl-[55px]" href="https://www.instagram.com/budrofficial/" target="_blank" > <i class="fa fa-instagram fa-lg pr-6" aria-hidden="true" ></i>Follow Us On Instagram <...
```

### Code snapshots of failed elements

1
```
<h1 class="text-white">Shop Yonkers</h1>
```

2
```
<legend class="gfield_label gform-field-label gfield_label_before_complex" >Name<span class="gfield_required"><span class="gfield_required gfield_required_text">(Required)</span></span></legend>
```

3
```
<span class="gfield_required gfield_required_text">(Required)</span>
```

4
```
<label class="gfield_label gform-field-label" for="input_1_6" >Email<span class="gfield_required"><span class="gfield_required gfield_required_text">(Required)</span></span></label>
```

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 38 | Carousels should include an "aria-label" attribute (e.g., carousel or slider) to indicate their functionality. They should also be marked as a landmark for screen-readers with a role="contentinfo" attribute. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 39 | Control elements such as next and previous icons should include an "aria-label" attribute or a screen-reader only text that explains the functionality to screen-readers. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 40 | A common accessibility mistake is treating carousels as live regions using the "aria-live attribute" with "polite" or "assertive" values. This can cause screen readers to cut off or skip important announcements. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 41 | Carousel pagination items (usually used as small dots at the bottom of the carousel) should indicate their functionality and slide number they control using an "aria-label" and a screen-reader only text. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 42 | Tables used for layout purposes should include a role="presentation" attribute to indicate to screen-readers that it is not a data table. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 43 | If nested tables are used (a table element within a table cell), set the nested tables "role" attribute to "presentation". | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 44 | Tables without a thead row containing th elements should use the role="rowheader" attribute on td elements in the tr that visually represent the table headings. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 45 | Visually deleted texts (e.g., a previous price on sale items) should include an "aria-label" attribute or a screen-reader only text to indicate that it is deleted. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 46 | The main element of breadcrumbs should include a role="navigation" attribute and an "aria-label" to describe its functionality. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 47 | Ratings/scores that are represented visually using stars, meters or other indicators should either have an "aria-label" attribute or a screen-reader only texts conveying the score/rate. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 48 | An accessibility interface allows visually-impaired users to adjust UI elements like font size, colors, and spacing to suit their needs. While not a compliance requirement, it can help improve accessibility compliance. | No | 0 | 0 | |

| # | Element | Relevant | Successes | Failures | Score |
|---|---|---|---|---|---|
| 49 | Iframe elements should include a "title" or "aria-label" attribute that explains their purpose, functionality, or destination. If irrelevant, they should be hidden from screen readers. | Yes | 3 | 0 | 100 |

**Code snapshots of successful elements**

1
```
<iframe title="reCAPTCHA" width="304" height="78" role="presentation" name="a-tkcs6luxtxce" frameborder="0" scrolling="no" sandbox="allow-forms allow-popups allow-same-origin allow-scripts allow-top-navigation allow-modals allow-popups-to-escape-sand...
```

2
```
<iframe allow="join-ad-interest-group" data-tagging-id="G-5EC21SN7S0" data-load-time="1741188988888" height="0" width="0" src="https://td.doubleclick.net/td/ga/rul?tid=G-5EC21SN7S0&amp;gacid=1737799253.1741188989&amp;gtm=45je5330v9105623983z891056075...
```

3
```
<iframe title="recaptcha challenge expires in two minutes" name="c-tkcs6luxtxce" frameborder="0" scrolling="no" sandbox="allow-forms allow-popups allow-same-origin allow-scripts allow-top-navigation allow-modals allow-popups-to-escape-sandbox allow-s...
```

This audit is subject to the **terms of service**