# EXHIBIT A

# Select A Case

**Primitivo Robles is a plaintiff in 24 cases.**

| | | | |
|---|---|---|---|
| [1:24-cv-07426-AT](#) | Robles v. TEDG LLC | filed 10/01/24 | closed 02/12/25 |
| [1:24-cv-07479-JHR-HJR](#) | Robles v. Green Flamingo Dispensary, LLC | filed 10/02/24 | |
| [1:24-cv-07500-KPF](#) | Robles v. Savo Group Inc. | filed 10/03/24 | closed 02/06/25 |
| [1:24-cv-07501-JLR-SN](#) | Robles v. Lambsbreath LLC | filed 10/03/24 | |
| [1:24-cv-07502-GHW](#) | Robles v. Breakwater Treatment & Wellness, Corp. | filed 10/03/24 | closed 12/11/24 |
| [1:24-cv-07508-JAV-RWL](#) | Robles v. Budkoin LLC | filed 10/03/24 | |
| [1:24-cv-07521-VEC](#) | Robles v. MNG Missouri Holdings LLC | filed 10/04/24 | closed 02/10/25 |
| [1:24-cv-07528-ALC](#) | Robles v. Greenhaus Boutique LLC | filed 10/04/24 | closed 12/09/24 |
| [1:24-cv-07543-KPF](#) | Robles v. Platinum Leaf LLC | filed 10/04/24 | |
| [1:24-cv-07548-JAV-OTW](#) | Robles v. HG Putnam Inc. | filed 10/04/24 | |
| [1:24-cv-07574-JGLC](#) | Robles v. Ramon Reyes, LLC et al | filed 10/07/24 | closed 01/10/25 |
| [1:24-cv-07586-AS](#) | Robles v. Two Buds Enterprise, Inc. | filed 10/07/24 | |
| [1:24-cv-07602-KPF](#) | Robles v. Hwolves Global Enterprises, LLC | filed 10/08/24 | |
| [1:24-cv-07613-JPC](#) | Robles v. Fiorello Pharmaceuticals, Inc. | filed 10/08/24 | closed 12/04/24 |
| [1:24-cv-07616-DEH-JW](#) | Robles v. Exit 31 Exotic LLC | filed 10/08/24 | |

| | | | |
|---|---|---|---|
| [1:24-cv-07658-MKV](#) | Robles v. Capri Holdings 2 LLC | filed 10/09/24 | |
| [1:24-cv-07660-VSB](#) | Robles v. Green Sun Inc. | filed 10/09/24 | closed 01/28/25 |
| [1:24-cv-07674-AT](#) | Robles v. OHM Theory LLC | filed 10/09/24 | closed 12/03/24 |
| [1:24-cv-07729-VSB](#) | Robles v. The Other Side Dispensary LLC | filed 10/11/24 | |
| [1:24-cv-07730-JHR-SDA](#) | Robles v. Planet 51 LLC | filed 10/11/24 | closed 02/13/25 |
| [1:24-cv-08411-PAE-OTW](#) | Robles v. Dosha Farms LLC | filed 11/05/24 | closed 02/10/25 |
| [1:24-cv-08429-RA](#) | Robles v. BCPSI Enterprises LLC | filed 11/05/24 | |
| [1:24-cv-08445-MMG](#) | Robles v. Flynnstoned Corporation | filed 11/06/24 | closed 02/25/25 |
| [1:24-cv-08447-MMG](#) | Robles v. Highlife Health, LLC | filed 11/06/24 | closed 02/21/25 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/03/2025 15:17:17 | | | |
| **PACER Login:** | pc_library | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: robles First Name: primitivo |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |