# EXHIBIT A

| Summary | **Issues** | Pages |
|---|---|---|

https://budrcannabis.com

| Errors | **Accessibility** | Compatibility | Search | Standards | Usability |
|---|---|---|---|---|---|

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.



| Level | WCAG 2.2 | Section 508 - 2017 | Key |
|---|---|---|---|
| A | ✓ | ✓ | 🔴 Pages with level A issues are unusable for some people |
| AA | ◕ | ◕ | 🟠 Pages with level AA issues are very difficult to use |
| AAA | ◑ | | ◑ Pages with level AAA issues can be difficult to use |

## Level AA
1 issues on 1 pages

▽ ◕   Ensure that text and background colors have enough contrast.

WCAG 2.2 AA 1.4.3
Section 508 (2017) AA 1.4.3    1 pages

Some users find it hard to read light gray text on a white background, dark gray text on a black background and white text on a red background.

1.4.6

- The contrast ratio should be 3.0 or more for 18 point text, or larger
- The contrast ratio should be 3.0 or more for 14 point bold text, or larger
- The contrast ratio should be 4.5 or more for all other text

The text color to background color contrast ratio after composition is:

**1.17** with color: ☐ rgb(255,255,255) background: ☐ rgb(249,236,211)
font-size: 42pt font-weight: 500

Line 1009

`<h1 class='text-white'>`Accessibility Statement`</h1>`

https://budrcannabis.com/accessibility-statement/

## Level AAA
2 issues on 2 pages

▷ ◑   Avoid specifying a new window as the target of a link with `target=_blank`.

WCAG 2.2 AAA F22    2 pages

▷ ◑   Ensure that text and background colors have a 7:1 contrast ratio.

WCAG 2.2 AAA 1.4.6    2 pages

▷    Expand all 3 issues