**Joseph & Norinsberg LLC**

Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
arjeta@employeejustice.com

April 15, 2025

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

> Re: Primitivo Robles v. Capri Holdings 2 LLC d/b/a Budr Cannabis
> Case No. 1:24-cv-07658 – MKV
> **Notice of Settlement**

Dear Judge Vyskocil:

We represent Plaintiff Primitivo Robles ("Plaintiff") in the above-referenced matter. We write with Defendant Capri Holdings 2 LLC d/b/a Budr Cannabis's ("Defendant") consent to inform Your Honor that the Parties have reached an agreement in principle in this matter.

The parties are currently finalizing a settlement agreement and expect to file a Stipulation of Dismissal within the next sixty days. As such, we respectfully request that all proceedings be paused and deadlines in this matter be adjourned sine die.

We thank the Court for its attention and consideration of this request.

Respectfully submitted,

Arjeta Albani, Esq.

c.c. All counsel via ECF